## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES MICHAEL HINSHAW**                                                       **PLAINTIFF**

**v.**                             **CASE NO. 4:24-CV-01031-BSM**

**JASON BOYKIN,** *et al.*                                                      **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE